## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**LIVEXLIVE MEDIA, INC.,**<br><br>**Defendant.** | C.A. No. 20-cv-00395-MN<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant LiveXLive Media, Inc. certifies that LiveXLive Media, as of this date, does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

O'ROURKE LAW OFFICE, LLC

OF COUNSEL:

David A. Boag
BOAG LAW, PLLC
175 Varick Street, Fl. 6
New York, NY 10014
(212) 203-6651
dab@boagip.com

Dated: June 8, 2020

By:  */s/ Gerard M. O'Rourke*
Gerard M. O'Rourke, Esq. (#3265)
O'Rourke Law Office, LLC
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Defendant*