IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | |
| **Plaintiff,** | C.A. No. 20-cv-00395-MN |
| v. | **JURY TRIAL DEMANDED** |
| **LIVEXLIVE MEDIA, INC.,** | |
| **Defendant.** | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID A. BOAG**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David A. Boag to represent LiveXLive Media, Inc., in this matter.

OF COUNSEL:

David A. Boag
BOAG LAW, PLLC
175 Varick Street, Fl. 6
New York, NY 10014
(212) 203-6651
dab@boagip.com

Dated: June 23, 2020

O'ROURKE LAW OFFICE, LLC

By: */s/ Gerard M. O'Rourke*
Gerard M. O'Rourke, Esq. (#3265)
O'Rourke Law Office, LLC
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Defendant LiveXLive Media, Inc.*

-1-

## **ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.


Date: _____        _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  June 22, 2020                        */s/ David A. Boag*
                                                                           David A. Boag
                                                                           BOAG LAW, PLLC
                                                                           175 Varick Street, Fl. 6
                                                                           New York, NY 10014
                                                                           (212) 203-6651
                                                                           dab@boagip.com