THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LIVEXLIVE MEDIA, INC.,**<br><br>　　　　Defendant. | **CIVIL ACTION NO. 1:20-cv-00395-MN**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC's
ANSWER TO COUNTERCLAIMS OF LIVEXLIVE MEDIA, INC.**

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RBDS") respectfully submits this Answer to the counterclaims asserted by LiveXLive Media, Inc. ("Defendant") in its Answer to Plaintiff's Complaint ("Answer").

**DEFENDANT'S COUNTERLCLAIMS**

**PARTIES**

　　1.　　RBDS is without sufficient knowledge to form a belief as to the allegations set forth in paragraph 1 and, therefore, denies the same.

　　2.　　Admitted.

**JURISDICTION AND VENUE**

　　3.　　RBDS admits that jurisdiction is proper in this court.

　　4.　　RBDS admits that personal jurisdiction is proper in this Court.

　　5.　　RBDS admits that an actual controversy has arisen and exists between the parties as to the infringement of the '221 Patent.

　　6.　　RBDS admits that venue is proper in this District.

## COUNT 1

## DECLARATION REGARDING NON-INFRINGEMENT

7. RBDS incorporates its answers to paragraphs 1-6 herein.

8. Denied.

## NATURE OF THE ACTION

9. RBDS incorporates its answers to paragraphs 1-8 herein.

10. Denied.

## PRAYER FOR RELIEF

To the extent that any response is required to the Prayer for Relief, Defendant denies that Defendant is entitled to judgment or any of the relief it has requested.

Dated: June 29, 2020      Respectfully submitted,

/s/ Jimmy Chong
**Jimmy C. Chong**
The Chong Law Firm, P.A.
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
Email: chong@chonglawfirm.com

OF COUNSEL

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**