THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LIVEXLIVE MEDIA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:20-cv-00395-MN |

## PLAINTIFF'S NOTICE OF SERVICE

Pursuant to Local Rule 5.4(b), please take notice that on May 19, 2021, counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC served its Infringement Contentions and Accused Products upon all counsel of record for Defendant LiveXLive Media, Inc. by email.

Dated: May 19, 2021

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

OF COUNSEL

**JAY JOHNSON** *(Admitted Pro Hac Vice)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record for Defendant are being served with a copy of this document via e-filing, on May 19, 2021.

                                        */s/ Jimmy Chong*
                                        Jimmy Chong (#4839)