THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIVEXLIVE MEDIA, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:20-cv-00395-MN |

## PLAINTIFF'S NOTICE OF SERVICE

Pursuant to Local Rule 5.4(b) in accordance with the Court's Scheduling Order [Doc. 15], please take notice that on May 19, 2021, counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC produced its initial claim chart relating each known accused product to the asserted claims each such product allegedly infringes as Exhibit A (RBDS 001-016) to Plaintiff's Infringement Contentions and Accused Products upon all counsel of record for Defendant LiveXLive Media, Inc. by email.

Dated: July 28, 2021

Respectfully submitted,

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Rd., Ste 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

OF COUNSEL

**JAY JOHNSON** *(Admitted Pro Hac Vice)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record for Defendant were served with a copy of this document via email on July 28, 2021.

                                                        */s/ Jimmy Chong*
                                                        Jimmy Chong (#4839)