# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**LIVEXLIVE MEDIA, INC.,**<br><br>  Defendant. | **CIVIL ACTION NO. 1:20-cv-00395-MN** |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant LiveXLive Media, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 14, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Gerard M. O'Rourke* \_\_\_\_\_<br>O'ROURKE LAW OFFICE, LLC<br>Gerard M. O'Rourke, Esq. (#3265)<br>O'Rourke Law Office, LLC<br>1201 N. Orange Street, Suite 7260<br>Wilmington, DE 19801-1186<br>(484) 770-8046<br>gorourke@orourkefirm.com<br><br>OF COUNSEL:<br><br>David A. Boag<br>BOAG LAW, PLLC<br>419 Broadway, Suite 2-270<br>New York, NY 10013<br>(212) 203-6651<br>dab@boagip.com<br><br>**ATTORNEYS FOR DEFENDANT** | CHONG LAW FIRM, P.A.<br><br>*/s/ Jimmy Chong* \_\_\_\_\_<br>Jimmy Chong (#4839)<br>2961 Centerville Rd., Ste 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>OF COUNSEL:<br><br>**JAY JOHNSON** *(Admitted Pro Hac Vice)*<br>**KIZZIA JOHNSON, PLLC**<br>1910 Pacific Ave., Suite 13000<br>Dallas, Texas 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kjpllc.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

SO ORDERED this \_\_\_\_\_ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

      I, Jimmy Chong, certify that on September 14, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
