## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,**

        **Plaintiff,**

    **v.**

**LIVEXLIVE MEDIA, INC.,**

        **Defendant.**

**CIVIL ACTION NO. 1:20-cv-00395-MN**

### <u>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant LiveXLive Media, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.     All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.     Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 14, 2021.

Respectfully submitted,

*/s/ Gerard M. O'Rourke*
O'ROURKE LAW OFFICE, LLC
Gerard M. O'Rourke, Esq. (#3265)
O'Rourke Law Office, LLC
1201 N. Orange Street, Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

OF COUNSEL:

David A. Boag
BOAG LAW, PLLC
419 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

**ATTORNEYS FOR DEFENDANT**

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Rd., Ste 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

OF COUNSEL:

**JAY JOHNSON** *(Admitted Pro Hac Vice)*
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

SO ORDERED this 15th day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge